IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| MSCS, LTD., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:16-CV-00510 |
| | § | |
| MID-CONTINENT CASUALTY | § | |
| COMPANY, | § | |
| Defendant. | § | |

## RULE 7 CORPORATE DISCLOSURES

Plaintiff, MSCS, Ltd., files this disclosure statement with the court clerk as required by Federal Rule of Civil Procedure 7.1 and certifies the following:

1. Plaintiff is a limited partnership with its principal place of business located within the State of Texas.

2. Plaintiff has no parent corporation, and no publicly held company owns 10% or more of Plaintiff's stock.

Respectfully submitted,

GRISSOM & THOMPSON, L.L.P.

/s/Donald H. Grissom
Donald H. Grissom
State Bar No. 08511550
Federal ID No. 23490
don@gandtlaw.com
William W. Thompson, III
State Bar No. 19960050
Federal ID No. 23489
509 West 12th Street
Austin, Texas 78701
512/478-4059
512/482-8410 Fax

1

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been either hand delivered, sent by U.S. Mail, electronic mail, Certified Mail, Return Receipt Requested, Facsimile Transmission, and/or through the Courts ECF system, to the following service list on this 28th day of June 2016.

/s/Donald H. Grissom

COOPER & SCULLY, PC
R. Brent Cooper
State Bar No. 04783250
Brent.cooper@cooperscully.com
Robert J. Witmeyer
State Bar No. 24091174
Rob.witmeyer@cooperscully.com
900 Jackson Street, Suite 100
Dallas, Texas 75202
(214) 712-9500
(214) 712-9540 fax