IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MSCS, LTD., | § | |
| Plaintiff, | § § § | |
| v. | § § | 1:16-CV-510-RP |
| MID-CONTINENT CASUALTY COMPANY, | § § § § | |
| Defendant. | § § | |

### ORDER

Before the Court is the above-entitled action. On this day, the Court issued an order decreeing that the case be dismissed with prejudice. Having done so, the Court enters the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that all claims and causes of action asserted by Plaintiff in this action are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED.**

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED.**

**SIGNED** on September 19, 2016.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE